Gene H. Shioda – SBN 186780
ghs@slclawoffice.com
Christopher J. Langley – SBN 258851
chris@slclawoffce.com
Steven P. Chang – SBN 221783
schang@slclawoffice.com
**SHIODA, LANGLEY & CHANG LLP**
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
Tel: (626)281-1232
Fax: (626)281-2919

Counsel for Alpinebay, Inc.
Debtor and Debtor in Possession

**FILED & ENTERED**

**SEP 29 2025**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA BARBARA DIVISION

| | |
|---|---|
| In re | Case No. 9:24-bk-11386 RC |
| Alpinebay, Inc. | Chapter 11 |
| | **ORDER APPROVING COMPROMISE** |
| Debtor and Debtor in Possession. | |

The Court having considered the Motion for Order Approving Compromise with ProForm Finishing Products, LLC and finding that the settlement agreement is fair, reasonable, and in the best interests of the estate;

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.

2. The Settlement Agreement with ProForm Finishing Products, LLC f/k/a New NGC, Inc. d/b/a National Gypsum Company and Gold Bond Building Products, LLC filed on September 4, 2025 as docket #135 is APPROVED.

3. Debtor is authorized to perform all obligations under the Settlement Agreement, including making the $400,000 settlement payment as provided for in the Settlement Agreement within 60 days.

4. ProForm Finishing Products, LLC is granted relief from the automatic stay to implement and enforce the Settlement Agreement.

5. Upon payment of the settlement payment and continued compliance with the terms of the Settlement Agreement and Permanent Injunction (as defined in the Settlement Agreement), ProForm's Claim No. 3 ($4,599,088.12) shall be deemed satisfied and discharged in full.

6. Nothing in this Order, the Settlement Agreement or in any of the documents attached thereto shall subordinate any interest of or prime any interest of First Business Bank in the property of Alpinebay, Inc., William Huor B. Lam, or Xiu Y. Ho, provided that Alpinebay may make the Settlement Payment to NGC free and clear of any party's lien, claim, or interest.

###

Date: September 29, 2025

Ronald A. Clifford III
United States Bankruptcy Judge