FILED & ENTERED

DEC 23 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>ALPINEBAY, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 9:24-bk-11386-RC<br><br>**ORDER DISMISSING CASE AFTER STATUS CONFERENCE**<br><br>Status Conference:<br>Date:  December 10, 2025<br>Time:  9:00 a.m.<br>Place:  Ctrm 201<br>        1415 State Street<br>        Santa Barbara, CA 93101 |

A Chapter 11 status conference took place on December 10, 2025, at 1:00 p.m. Appearances were made as noted on the Court's record.

///

///

///

///

-1-

The Court, having considered the record, and for good cause appearing, it is hereby ORDERED, that the above-entitled case is dismissed pursuant to 11 U.S.C. § 1112(b)(1) at the Debtor's request.

###

Date: December 23, 2025

Ronald A. Clifford III
United States Bankruptcy Judge

-2-