# United States Bankruptcy Court
## Central District of California

**1415 State Street, Santa Barbara, CA 93101–2511**

# <u>NOTICE OF DISMISSAL</u>

**DEBTOR INFORMATION:**
Alpinebay Inc.

**BANKRUPTCY NO.** 9:24–bk–11386–RC

**CHAPTER** 11

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax–Identification (EIN) No(s).(if any):** 27–4801668
**Debtor Dismissal Date:** 12/23/25

**Address:**
7 W. Figueria Street. Ste 300
Santa Barbara, CA 93101

You are notified that an order was entered **DISMISSING** the above–captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: December 23, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm–ndms Rev. 06/2017

**150 / ES9**